50 A.3d 120

Nellie M. NORMAN, Petitioner

v.

HOSPITAL OF the UNIVERSITY OF PENNSYLVANIA,
and Jennifer Tobey, M.D. and Brian Czerniecki,
M.D., Respondents.

No. 55 EM 2012.

Supreme Court of Pennsylvania.

June 13, 2012.

## ORDER

PER CURIAM.

AND NOW, this 13th day of June, 2012, the Petition for Review is DENIED.

━━━━━━

50 A.3d 120

Nellie M. NORMAN, Petitioner

v.

HOSPITAL OF the UNIVERSITY OF PENNSYLVANIA,
and Jennifer Tobey, M.D., and Brian Czerniecki,
M.D., Respondents.

No. 56 EM 2012.

Supreme Court of Pennsylvania.

June 13, 2012.

## ORDER

PER CURIAM.

AND NOW, this 13th day of June, 2012, the Petition for Review is DENIED.